UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| KENNETH HAMMOND,<br>9302 Piney Branch Road, #202<br>Silver Spring, Maryland 20903,<br><br>               Plaintiff,<br><br>   v.<br><br>D.C. RECORD CENTER,<br>FEDERAL BUREAU OF PRISONS, et al.,[1]<br>               Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No. _____ |

## NOTICE OF REMOVAL

The United States Attorney General, through the undersigned attorneys, hereby files this Notice of Removal pursuant to 28 U.S.C. §§ 1441(b), 1442(a) and 1446. In support of this Notice, the Attorney General states as follows:

1. On January 28, 2008, plaintiff Kenneth Hammond filed this action against the D.C. Record Center and the Federal Bureau of Prisons in the Superior Court of the District of Columbia, Civil Division, Civil Action No. 08-0000571. Plaintiff alleges that the defendants violated the Fifth, Eighth and Fourteenth Amendment of the Constitution by denying him "a full hearing" and "unlawfully imprisoned [him] by illegally forfeiting credit days from his sentence." See Complaint.

2. The Federal Bureau of Prisons was served with a copy of the complaint on February 4,

---

[1] Plaintiff's Complaint names the D.C. Records Center and the Federal Bureau of Prisons as defendants. However, it does not appear that any agency besides the Federal Bureau of Prisons would have been involved in the alleged actions which plaintiff is challenging. The caption of plaintiff's Complaint also reads "et al." However, no additional defendants are identified in the Complaint.

2008.   A copy of the complaint and all other process received is attached hereto as Exhibit A.

3.  A notice of Filing of Notice of Removal will be filed in the Superior Court of the District of Columbia advising that Court that, pursuant to 28 U.S.C. § 1446(d), it "shall proceed no further unless and until the [matter] is remanded."

WHEREFORE, this action now pending in the Superior Court of the District of Columbia is properly removed to this Court pursuant to 28 U.S.C. § 1441, 1442(a)(1) and 1446.

Dated: February 26, 2008

Respectfully submitted,

JEFFREY A. TAYLOR, D.C. Bar # 498610
United States Attorney

RUDOLPH CONTRERAS, D.C. Bar # 434122
Assistant United States Attorney

MARIAN L. BORUM, D.C. Bar # 435409
Assistant United States Attorney
555 Fourth Street, N.W.- Civil Division
Washington, D.C.  20530
(202) 514-6531
Attorney for Defendant

CA Form 1

# Superior Court of the District of Columbia

## CIVIL DIVISION

### 500 Indiana Avenue, N.W., Room JM-170
### Washington, D.C. 20001 Telephone: 879-1133

*Kenneth Hammond #*
*9302 Piney Branch Rd 202*
*Silver Spring Maryland*
*20903*

*Plaintiff*

Civil Action No. 08-G000571

vs.

*D.C. Records Center &*
*Federal Bureau of prisons*
*320 First Street N.W,*
*Wash, D.C. 20534*

*Defendant*

RECEIVED

FEB 0 4 2008

BUREAU OF PRISONS
OGC/LITIGATION BRANCH

**SUMMONS**

To the above named Defendant:

        You are hereby summoned and required to serve an Answer to the attached Complaint, either personally or through an attorney, within twenty (20) days after service of this summons upon you, exclusive of the day of service. If you are being sued as an officer or agency of the United States Government or the District of Columbia Government, you have sixty (60) days after service of this summons to serve your Answer. A copy of the Answer must be mailed to the attorney for the party plaintiff who is suing you. The attorney's name and address appear below. If plaintiff has no attorney, a copy of the Answer must be mailed to the plaintiff at the address stated on this Summons.

        You are also required to file the original Answer with the Court in Room JM 170 at 500 Indiana Avenue, N.W., between 8:30 a.m. and 5:00 p.m., Mondays through Fridays or between 9:00 a.m. and 12:00 noon on Saturdays. You may file the original Answer with the Court either before you serve a copy of the Answer on the plaintiff or within five (5) days after you have served the plaintiff. If you fail to file an Answer, judgment by default may be entered against you for the relief demanded in the complaint.

*Clerk of the Court*

*Kenneth Hammond (pro-se)*
Name of Plaintiff's Attorney

*9302 Piney Branch Rd #202*
Address
*Silver Spring, md. 20903*

By _____
                                        Deputy Clerk

*301-439-4054*
Telephone

Date _____  JAN 2 5 2008

**PUEDE OBTENERSE COPIAS DE ESTE FORMULARIO EN ESPANOL EN EL TRIBUNAL SUPERIOR DEL DISTRITO DE COLUMBIA, 500 INDIANA AVENUE, N.W., SALA JM 170**

**YOU MAY OBTAIN A COPY OF THIS FORM IN SPANISH AT THE SUPERIOR COURT OF D.C., 500 INDIANA AVENUE, N.W., ROOM JM 170**

**NOTE: SEE IMPORTANT INFORMATION ON BACK OF THIS FORM.**

CV(6)-456/May 03

**SUPERIOR COURT OF THE DISTRICT OF COLUMBIA**
**CIVIL DIVISION**

Kenneth Hammond #202
9302 piney Branch Rd
Silver Spring Maryland
20903

_Plaintiff_

vs.

D.C. Record Center & The
federal Bureau of prisons et al.
320 First Street, N.W.
Wash D.C. 20534

RECEIVED
Civil Clerk's Office
JAN 2 5 2008
Superior Court of the
District of Columbia
Washington, D.C.

08-C0005:1

CIVIL ACTION NO. _____

_Defendants_    Under "Altra vires"

**COMPLAINT**

Filed under — as acording To 42 U.S.C. §1983 and under The 14th Amendment
28 U.S.C. §1331

1. Jurisdiction of this court is founded on D.C. Code Annotated, 2001 edition, as amended, Sec. 11-921.
This civil complaint is for The violation of The plaintiff's 5th Amend right of due process of law 8th
Amend right To be free from cruel & unusual punishment & 14th Amend right of Equal protection of law,
where The D.C. Record Center & The federal Bureau of prisons both under Altra vires violated plaintiff's
rights To be free from unlawful imprisonment without due process of law, where The defendents in
This Case denied plaintiff his due process rights of a full hearing as according To Wolff V.
McDonnell, 418 U.S. 539 and held him unlawfully imprisoned by illegally forfeiting
Credit days from his sentence and ordering him To Serve 150 days unlawfully
imprisoned.

Wherefore, Plaintiff demands judgment against Defendant in the sum of $ **30,000.00**
with interest and costs.

Phone: _____

**DISTRICT OF COLUMBIA, SS**

_Kenneth Hammond_ _____, being first duly sworn on oath deposes and says that the
foregoing is a just and true statement of the amount owing by defendant to the paintiff, exclusive of all
set-off and just grounds of defense.

_(Plaintiff's                                                    Agent)_

Subscribed and sworn to before me this _____ day of _____ 20 _____.

_(Notary Public/Deputy Clerk)_

FORM CV-1013/ Nov. 00

## SCR CIV FORM 1-A
### Notice and Acknowledgment for Service by Mail
### SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
### Civil Division

_Kenneth Hammond_

                                    Plaintiff
        V.

_D.C. Record Center & Federal_        Civil Action Number  08-0000571
_Bureau of prisons et. al._

                                    Defendant

## NOTICE

To:    Name _Director of the Federal Bureau of prisons et. al._

       Address _320 First Street, N.W._

       _Washington, D.C. 20534_

The enclosed summons, complaint and initial order are served pursuant to Rule 4(c)(4) of the Superior Court Rules of Civil Procedure.

You must sign and date the Acknowledgement. If you are served on behalf of a corporation, unincorporated association (including a partnership), or other entity, you must indicate under your signature your relationship to that entity. If you are served on behalf of another person and you are authorized to receive process, you must indicate under your signature your authority.

If you do not complete and return the form to the sender within twenty (20) days after it has been mailed, you (or the other party on whose behalf you are being served) may be required to pay any expenses incurred in serving a summons, complaint and initial order in any other manner permitted by law.

If you do complete and return this form, you (or the other party on whose behalf you are being served) must answer the complaint within twenty (20) days after you have signed, dated and returned the form. If you fail to do so, judgment by default may be taken against you for the relief demanded in the complaint.

This Notice and Acknowledgment of Receipt of Summons, Complaint and Initial Order was mailed on (insert date) _01-25-08_

_____         _01-25-08_
Signature                             Date of Signature

### Acknowledgment of Receipt of Summons, Complaint and Initial Order

I received a copy of the summons, complaint and initial order in the above captioned matter at

(address) _____

_____         _____         _____
Signature                         Relationship to Defendant/Authority    Date of Signature
                                  To Receive Service of Process

Form CV(6)-1590/Mar 97

SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
Civil Division

KENNETH HAMMOND,                          )
9302 Piney Branch Road, #202              )
Silver Spring, Maryland 20903,            )
                                          )
              Plaintiff,                  )
                                          )
       v.                                 )       Superior Court
                                          )       Civil Action No. 08-0000571
D.C. RECORDS CENTER,                      )
FEDERAL BUREAU OF PRISONS, et al.[1]      )
                                          )
              Defendant.                  )
                                          )

NOTICE OF FILING OF NOTICE OF REMOVAL

To:

     Duane B. Delaney, Clerk
     District of Columbia Superior Court
     500 Indiana Avenue, N.W.
     Washington, D.C.  20001

     PLEASE TAKE NOTE that the United States Attorney General filed with the Clerk of

the United States District Court for the District of Columbia a Notice of Removal pursuant to 28

U.S.C. §§ 1441(a), 1442(a)(1) and 1446.  See Notice of Removal without attachments.

     Regarding this case, the Superior Court of the District of Columbia "shall proceed no

further unless and until the [matter] is remanded."  See 28 U.S.C. § 1446(d).

Dated:  February 26, 2008

---

[1]Plaintiff's Complaint names the D.C. Records Center and the Federal Bureau of Prisons
as defendants.  However, it does not appear that any agency besides the Federal Bureau of
Prisons would have been involved in the alleged actions which plaintiff is challenging.  The
caption of plaintiff's Complaint also reads "et al."  However, no additional defendants are
identified in the Complaint.

Respectfully submitted,

JEFFREY A. TAYLOR, D.C. Bar # 498610
United States Attorney

RUDOLPH CONTRERAS, D.C. Bar # 434122
Assistant United States Attorney

MARIAN L. BORUM, D.C. Bar # 435409
Assistant United States Attorney
555 Fourth Street, N.W.- Civil Division
Washington, D.C.  20530
(202) 514-6531
Attorney for Defendant

2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 26th day of February, service of the foregoing Notice

of Removal and Notice of Filing of Removal was made by electronic filing to District of

Columbia Superior Court and by delivering a copy by first-class mail, postage prepaid to:

Kenneth Hammond
9302 Piney Branch Road, #202
Silver Spring, Maryland 20903
        Pro se plaintiff.

MARIAN L. BORUM, D.C. Bar # 435609
Assistant United States Attorney

# CIVIL COVER SHEET

JS-44
(Rev.1/05 DC)

| I (a) PLAINTIFFS | DEFENDANTS |
|---|---|
| Kenneth Hammond<br>9302 Piney Branch Road, #202<br>Silver Spring, Maryland 20903 | D.C. RECORD CENTER,<br>FEDERAL BUREAU OF PRISONS<br>320 First St., NW, Washington, DC 20534 |

(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF _____
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF
LAND INVOLVED

| (c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER) | ATTORNEYS (IF KNOWN) |
|---|---|
| Kenneth Hammond<br>9302 Piney Branch Road, #202<br>Silver Spring, Maryland 20903 | MARIAN L. BORUM, D.C. Bar # 435409<br>Assistant United States Attorney<br>555 Fourth Street, N.W.- Civil Division<br>Washington, D.C.  20530 - (202) 514-6531 |

## II. BASIS OF JURISDICTION
(PLACE AN x IN ONE BOX ONLY)

- ○ 1 U.S. Government Plaintiff
- ● 2 U.S. Government Defendant
- ○ 3 Federal Question (U.S. Government Not a Party)
- ○ 4 Diversity (Indicate Citizenship of Parties in item III)

## III CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN x IN ONE BOX
FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) FOR DIVERSITY CASES ONLY!

|  | PTF | DFT |  | PTF | DFT |
|---|---|---|---|---|---|
| Citizen of this State | ○ 1 | ● 1 | Incorporated or Principal Place of Business in This State | ○ 4 | ○ 4 |
| Citizen of Another State | ● 2 | ○ 2 | Incorporated and Principal Place of Business in Another State | ○ 5 | ○ 5 |
| Citizen or Subject of a Foreign Country | ○ 3 | ○ 3 | Foreign Nation | ○ 6 | ○ 6 |

## IV. CASE ASSIGNMENT AND NATURE OF SUIT
(Place a X in one category, A-N, that best represents your cause of action and one in a corresponding Nature of Suit)

| ○ A. Antitrust | ○ B. Personal Injury/ Malpractice | ○ C. Administrative Agency Review | ○ D. Temporary Restraining Order/Preliminary Injunction |
|---|---|---|---|
| ☐ 410 Antitrust | ☐ 310 Airplane<br>☐ 315 Airplane Product Liability<br>☐ 320 Assault, Libel & Slander<br>☐ 330 Federal Employers Liability<br>☐ 340 Marine<br>☐ 345 Marine Product Liability<br>☐ 350 Motor Vehicle<br>☐ 355 Motor Vehicle Product Liability<br>☐ 360 Other Personal Injury<br>☐ 362 Medical Malpractice<br>☐ 365 Product Liability<br>☐ 368 Asbestos Product Liability | ☐ 151 Medicare Act<br><br>**Social Security:**<br>☐ 861 HIA ((1395ff)<br>☐ 862 Black Lung (923)<br>☐ 863 DIWC/DIWW (405(g)<br>☐ 864 SSID Title XVI<br>☐ 865 RSI (405(g)<br>**Other Statutes**<br>☐ 891 Agricultural Acts<br>☐ 892 Economic Stabilization Act<br>☐ 893 Environmental Matters<br>☐ 894 Energy Allocation Act<br>☐ 890 Other Statutory Actions (If Administrative Agency is Involved) | Any nature of suit from any category may be selected for this category of case assignment.<br><br>*(If Antitrust, then A governs)* |

| ○ E. General Civil (Other) | OR | ○ F. Pro Se General Civil |
|---|---|---|

| **Real Property**<br>☐ 210 Land Condemnation<br>☐ 220 Foreclosure<br>☐ 230 Rent, Lease & Ejectment<br>☐ 240 Torts to Land<br>☐ 245 Tort Product Liability<br>☐ 290 All Other Real Property<br><br>**Personal Property**<br>☐ 370 Other Fraud<br>☐ 371 Truth in Lending<br>☐ 380 Other Personal Property Damage<br>☐ 385 Property Damage Product Liability | **Bankruptcy**<br>☐ 422 Appeal 28 USC 158<br>☐ 423 Withdrawal 28 USC 157<br><br>**Prisoner Petitions**<br>☐ 535 Death Penalty<br>☐ 540 Mandamus & Other<br>☐ 550 Civil Rights<br>☐ 555 Prison Condition<br><br>**Property Rights**<br>☐ 820 Copyrights<br>☐ 830 Patent<br>☐ 840 Trademark<br><br>**Federal Tax Suits**<br>☐ 870 Taxes (US plaintiff or defendant)<br>☐ 871 IRS-Third Party 26 USC 7609 | **Forfeiture/Penalty**<br>☐ 610 Agriculture<br>☐ 620 Other Food &Drug<br>☐ 625 Drug Related Seizure of Property 21 USC 881<br>☐ 630 Liquor Laws<br>☐ 640 RR & Truck<br>☐ 650 Airline Regs<br>☐ 660 Occupational Safety/Health<br>☐ 690 Other<br><br>**Other Statutes**<br>☐ 400 State Reapportionment<br>☐ 430 Banks & Banking<br>☐ 450 Commerce/ICC Rates/etc.<br>☐ 460 Deportation | ☐ 470 Racketeer Influenced & Corrupt Organizations<br>☐ 480 Consumer Credit<br>☐ 490 Cable/Satellite TV<br>☐ 810 Selective Service<br>☐ 850 Securities/Commodities/ Exchange<br>☐ 875 Customer Challenge 12 USC 3410<br>☐ 900 Appeal of fee determination under equal access to Justice<br>☐ 950 Constitutionality of State Statutes<br>☐ 890 Other Statutory Actions (if not administrative agency review or Privacy Act |

| ○ **G.** *Habeas Corpus/ 2255* | ○ **H.** *Employment Discrimination* | ○ **I.** *FOIA/PRIVACY ACT* | ○ **J.** *Student Loan* |
|---|---|---|---|
| ☐ 530 Habeas Corpus-General<br>☐ 510 Motion/Vacate Sentence | ☐ 442 Civil Rights-Employment<br>(criteria: race, gender/sex, national origin, discrimination, disability age, religion, retaliation)<br><br>*(If pro se, select this deck)* | ☐ 895 Freedom of Information Act<br>☐ 890 Other Statutory Actions (if Privacy Act)<br><br>*(If pro se, select this deck)* | ☐ 152 Recovery of Defaulted Student Loans (excluding veterans) |

| ○ **K.** *Labor/ERISA (non-employment)* | ○ **L.** *Other Civil Rights (non-employment)* | **M.** *Contract* | ○ **N.** *Three-Judge Court* |
|---|---|---|---|
| ☐ 710 Fair Labor Standards Act<br>☐ 720 Labor/Mgmt. Relations<br>☐ 730 Labor/Mgmt. Reporting & Disclosure Act<br>☐ 740 Labor Railway Act<br>☐ 790 Other Labor Litigation<br>☐ 791 Empl. Ret. Inc. Security Act | ☐ 441 Voting (if not Voting Rights Act)<br>☐ 443 Housing/Accommodations<br>☐ 444 Welfare<br>● 440 Other Civil Rights<br>☐ 445 American w/Disabilities-Employment<br>☐ 446 Americans w/Disabilities-Other | ☐ 110 Insurance<br>☐ 120 Marine<br>☐ 130 Miller Act<br>☐ 140 Negotiable Instrument<br>☐ 150 Recovery of Overpayment & Enforcement of Judgment<br>☐ 153 Recovery of Overpayment of Veteran's Benefits<br>☐ 160 Stockholder's Suits<br>☐ 190 Other Contracts<br>☐ 195 Contract Product Liability<br>☐ 196 Franchise | ☐ 441 Civil Rights-Voting (if Voting Rights Act) |

**V. ORIGIN**

○ 1 Original Proceeding   ● 2 Removed from State Court   ○ 3 Remanded from Appellate Court   ○ 4 Reinstated or Reopened   ○ 5 Transferred from another district (specify)   ○ 6 Multi district Litigation   ○ 7 Appeal to District Judge from Mag. Judge

**VI. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.)

28 U.S.C. §§ 1441 (a), 1442 (a)(1) and 1446(d)

**VII. REQUESTED IN COMPLAINT**   ☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23   **DEMAND $** _____   Check YES only if demanded in complaint   **JURY DEMAND:**   YES ☐   NO ☐

**VIII. RELATED CASE(S) IF ANY**   (See instruction)   YES ☐   NO ☒   If yes, please complete related case form.

DATE  2/26/08      SIGNATURE OF ATTORNEY OF RECORD  *Marian Brown*

### INSTRUCTIONS FOR COMPLETING CIVIL COVER SHEET JS-44
Authority for Civil Cover Sheet

The JS-44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. Listed below are tips for completing the civil cover sheet. These tips coincide with the Roman Numerals on the Cover Sheet.

I.  COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF/DEFENDANT (b) County of residence: Use 11001 to indicate plaintiff is resident of Washington, D.C.; 88888 if plaintiff is resident of the United States but not of Washington, D.C., and 99999 if plaintiff is outside the United States.

III.  CITIZENSHIP OF PRINCIPAL PARTIES: This section is completed only if diversity of citizenship was selected as the Basis of Jurisdiction under Section II.

IV.  CASE ASSIGNMENT AND NATURE OF SUIT: The assignment of a judge to your case will depend on the category you select that best represents the primary cause of action found in your complaint. You may select only one category. You must also select one corresponding nature of suit found under the category of case.

VI.  CAUSE OF ACTION: Cite the US Civil Statute under which you are filing and write a brief statement of the primary cause.

VIII.  RELATED CASES, IF ANY: If you indicated that there is a related case, you must complete a related case form, which may be obtained from the Clerk's Office.

Because of the need for accurate and complete information, you should ensure the accuracy of the information provided prior to signing the form.