IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KENNETH HAMMOND,<br>9302 Piney Branch Road, #202<br>Silver Spring, Maryland  20903,<br>    Plaintiff,<br><br>v.<br><br>D.C. RECORD CENTER,<br>FEDERAL BUREAU OF PRISONS, et al.,[1]<br>    Defendants. | Civil Action No. 08-0326 (RMU) |

ENTRY OF APPEARANCE

THE CLERK OF THIS COURT will please enter the appearance of Assistant United States Attorney Marian L. Borum as counsel of record for the defendant in the above-captioned case.

Respectfully submitted,

_____/s/_____
MARIAN L. BORUM, D.C. Bar #435409
Assistant United States Attorney
United States Attorney's Office
Judiciary Center Building
555 4th Street, N.W. - Room E4810
Washington, D.C. 20530
(202) 514-6531 / (202) 514-8780 (fax)
marian.l.borum@usdoj.gov

---

[1] Plaintiff's Complaint names the D.C. Records Center and the Federal Bureau of Prisons as defendants. However, it does not appear that any agency besides the Federal Bureau of Prisons would have been involved in the alleged actions which plaintiff is challenging. The caption of plaintiff's Complaint also reads "et al." However, no additional defendants are identified in the Complaint.

CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that on this 28th day of February, 2008 a true and correct copy of the foregoing Entry of Appearance was served by first class United States mail, postage prepaid marked for delivery to:

KENNETH HAMMOND
9302 Piney Branch Road, #202
Silver Spring, Maryland 20903

                                    /s/
                            MARIAN L. BORUM, D.C. Bar #435409
                            Assistant United States Attorney