UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| KENNETH HAMMOND,<br>9302 Piney Branch Road, #202<br>Silver Spring, Maryland  20903,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>D.C. RECORD CENTER,<br>FEDERAL BUREAU OF PRISONS, et al.,[1]<br><br>　　　　　　Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No. 08-0326 (RMU)<br>)<br>)<br>)<br>)<br>)<br>) |

**MOTION FOR ENLARGEMENT OF TIME TO ANSWER, MOVE OR
OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT**

Defendant, by undersigned counsel, pursuant to Fed. R. Civ. P. 6(b), and for good cause shown, hereby respectfully moves for an enlargement of time of 30 days, up to and including April 3, 2008, in which to answer, move or otherwise respond to Plaintiff *pro se*'s complaint. Defendant's reply would otherwise be due on March 4, 2008.

Defendant seeks this enlargement because the Notice of Removal in this matter was filed on February 26, 2008 requiring Defendant to file an answer, move or otherwise respond to Plaintiff's complaint by March 4, 2008.  Agency counsel from the Federal Bureau of Prisons is attempting to locate the documents relevant to Plaintiff's complaint.  Unfortunately, he will be unable to gather all of the necessary documents prior to March 4, 2008.

---

[1] Plaintiff's Complaint names the D.C. Records Center and the Federal Bureau of Prisons as defendants.  However, it does not appear that any agency besides the Federal Bureau of Prisons would have been involved in the alleged actions which plaintiff is challenging.  The caption of plaintiff's Complaint also reads "et al."  However, no additional defendants are identified in the Complaint.

This is Defendant's first request for an enlargement of time in this matter. As there are no other pending deadlines, this motion will have no effect on any deadlines in this matter. This motion is being sought for good cause and not for purposes of delay.

Pursuant to Local Rule 7(m), Defendant's counsel attempted to contact Plaintiff *pro se* to ascertain his position on this motion. Defendant left messages for Plaintiff on March 27 and March 28, 2008. As of the filing of this motion, Defendant had not received a response.

For these reasons, and to ensure that the government has sufficient time to prepare the materials to prepare an appropriate response, Defendant respectfully requests that the enlargement of time to answer, move or otherwise respond to this Complaint be granted.

An order granting the relief sought is attached hereto.

Respectfully submitted,


/s/
JEFFREY A. TAYLOR, D.C. Bar # 498610
United States Attorney


/s/
RUDOLPH CONTRERAS, D.C. Bar # 434122
Assistant United States Attorney


/s/
MARIAN L. BORUM, D.C. Bar # 435409
Assistant United States Attorney
555 Fourth Street, N.W. - Civil Division
Washington, D.C.  20530
(202) 514-6531
Counsel for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on this 28th day of February, 2008, I caused the foregoing to be served by first class mail, postage prepaid, to Plaintiff *pro se*:

Kenneth Hammond
9302 Piney Branch Road, #202
Silver Spring, Maryland  20903

   /s/
MARIAN L. BORUM
Assistant United States Attorney

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KENNETH HAMMOND,<br>9302 Piney Branch Road, #202<br>Silver Spring, Maryland 20903,<br><br>        Plaintiff,<br><br>v.<br><br>D.C. RECORD CENTER,<br>FEDERAL BUREAU OF PRISONS, et al.,<br><br>        Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No. 08-0326 (RMU)<br>)<br>)<br>)<br>)<br>)<br>) |

**ORDER**

UPON CONSIDERATION of Defendant's Motion for Enlargement of Time, the merits thereof, and for good cause shown, it is this ____ day of _____, 2008

HEREBY ORDERED that the motion is granted, and it is

FURTHER ORDERED that Defendant shall have up to an including April 3, 2008 in which to answer, move or otherwise respond to Plaintiff's Complaint.

Date _____        _____
                                 UNITED STATES DISTRICT JUDGE