UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **KENNETH HAMMOND,**<br>9302 Piney Branch Road, #202<br>Silver Spring, Maryland 20903,<br><br>     **Plaintiff,**<br><br>v.<br><br>**D.C. RECORD CENTER,**<br>**FEDERAL BUREAU OF PRISONS, et al.,**<br><br>     **Defendant.** | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. 08-0326 (RMU)<br>)<br>)<br>)<br>)<br>)<br>) |

**CONSENT MOTION FOR ENLARGEMENT OF TIME TO FILE REPLY TO
PLAINTIFF'S OPPOSITION TO FEDERAL DEFENDANT'S MOTION TO DISMISS
OR, IN THE ALTERNATIVE, FOR SUMMARY JUDGMENT**

  Federal Defendant, by undersigned counsel, pursuant to Fed. R. Civ. P. 6(b), and for good cause shown, hereby respectfully moves for an enlargement of time of forty (40) days, up to and including June 23, 2008, in which to file a reply to Plaintiff *pro se*'s Opposition to Defendant's Motion to Dismiss or, in the Alternative, for Summary Judgment. Federal Defendant's reply would otherwise be due on May 14, 2008.[1]

  Federal Defendant seeks this enlargement because in Plaintiff *pro se's* opposition, he has raised several claims which were not raised in the complaint. More specifically, Plaintiff has alleged claims under the First and Sixth Amendments. In addition, Plaintiff has raised a claim under the Federal Tort Claims Act, and specifically identified individuals whom he believes were "working within the scope of their employment" when Plaintiff allegedly suffered some injury.

---

[1] While Plaintiff's Opposition is stamped received and filed on May 2, 2008, Federal Defendant did not receive any notification of the filing of the opposition until May 6, 2008, through the Court's Electronic Filing System.

After discussion with agency counsel, and in light of this jurisdiction's liberal pleading standards, it was determined that additional investigation must be undertaken, and certain documents obtained, in order to appropriately respond to Plaintiff's new claims. Therefore, an enlargement of time is requested in order to do so. Further, forty (40) days are requested because undersigned counsel will be out of the office from May 22 through May 27, 2008 and from June 4 through June 9, 2008.

This motion is being sought for good cause and not for purposes of delay. As there are no other pending deadlines, this motion will have no effect on any deadlines in this matter. This is Federal Defendant's first request for an enlargement of time in order to respond to Plaintiff's opposition.[2] Pursuant to Local Rule 7(m), undersigned counsel contacted Plaintiff *pro se* in order to ascertain his position on this motion. Plaintiff *pro se* consented to this motion.

For these reasons, and to ensure that the government has sufficient time to prepare the materials to prepare an appropriate response, Federal Defendant respectfully requests that the enlargement of time be granted.

An order granting the relief sought is attached hereto.

---

[2]Federal Defendant's filed an enlargement of time to respond to Plaintiff's complaint because the Notice of Removal was filed on February 26, 2008 requiring Federal Defendant to file an answer, move or otherwise respond to Plaintiff's complaint by March 4, 2008. See Docket Entry No. 1. Agency counsel was unable obtain all of the documents needed in order to respond to the complaint in that short period of time. See Docket Entry No. 6, Exhibits 1 - 23.

Respectfully submitted,


/s/
JEFFREY A. TAYLOR, D.C. Bar # 498610
United States Attorney


/s/
RUDOLPH CONTRERAS, D.C. Bar # 434122
Assistant United States Attorney


/s/
MARIAN L. BORUM, D.C. Bar # 435409
Assistant United States Attorney
555 Fourth Street, N.W. - Civil Division
Washington, D.C.  20530
(202) 514-6531
Counsel for Defendant

**CERTIFICATE OF SERVICE**

I hereby certify that on this 8th day of May, 2008, I caused the foregoing to be served by first class mail, postage prepaid, to Plaintiff *pro se*:

Kenneth Hammond
9302 Piney Branch Road, #202
Silver Spring, Maryland  20903

/s/
MARIAN L. BORUM
Assistant United States Attorney

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KENNETH HAMMOND,<br>9302 Piney Branch Road, #202<br>Silver Spring, Maryland 20903,<br><br>        Plaintiff,<br><br>v.<br><br>D.C. RECORD CENTER,<br>FEDERAL BUREAU OF PRISONS, et al.,<br><br>        Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No. 08-0326 (RMU)<br>)<br>)<br>)<br>)<br>)<br>) |

**ORDER**

UPON CONSIDERATION of Federal Defendant's Consent Motion for Enlargement of Time, the merits thereof, and for good cause shown, it is this ____ day of _____, 2008

HEREBY ORDERED that the motion is granted, and it is

FURTHER ORDERED that Federal Defendant shall have up to an including June 23, 2008 in which to respond to Plaintiff's opposition.

Date _____        _____
                                                            UNITED STATES DISTRICT JUDGE